[THE STATE EX REL.] RISIEN, APPELLANT, _v._ INDUSTRIAL COMMISSION OF OHIO; CLEVELAND BROWNS, INC., APPELLEE.

[Cite as _State ex rel. Risien v. Indus. Comm._ (1998), 83 Ohio St.3d 332.]

(No. 96–2155—Submitted August 19, 1998—Decided October 7, 1998.)

_Cornrich, Katz & Cornrich Co., L.P.A., Neil M. Cornrich_ and _Robert S._ _Gurwin,_ for appellant.

_Dinn, Hochman & Potter, P.L.L., Irwin J. Dinn_ and _Thomas A. Barni,_ for appellee.

_Taft, Stettinius & Hollister, Robert S. Corker_ and _Eric K. Combs;_ and _Harold_ _G. Levison,_ urging affirmance for _amici curiae,_ Cincinnati Bengals, Inc. and National Football League Management Council.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.